UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   5:26-cv-00526 MWF (DSR)                                      Date: May 19, 2026

Title       BASMAN ABDULAHAD v. MARKWAYNE MULLIN, ET AL.


Present:  The Honorable:  Daniel S. Roberts, United States Magistrate Judge

| L. Krivitsky | n/a |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff(s)/Petitioner(s): | Attorneys Present for Defendant(s)/Respondent(s): |
|---|---|
| None present | None present |

**Proceedings:**        (IN CHAMBERS) **ORDER SETTING BRIEFING SCHEDULE ON FIRST AMENDED PETITION FOR WRIT OF HABEAS CORPUS**

On May 18, 2026, Petitioner filed his First Amended Petition for Writ of Habeas Corpus with the consent of Respondents pursuant to Federal Rule of Civil Procedure 15(a).  See Doc. No. 18.  Respondents have already appeared in this case through counsel and received service of the First Amended Petition via CM/ECF.  In the First Amended Petition, Petitioner alleges that he was released from immigration custody after seeking such relief pursuant to the class action settlement agreement in another case, but contends that this case is not moot in light of the threat of his re-arrest and detention.

The Court hereby directs Respondents to show cause why the writ of habeas corpus requested in the First Amended Petition should not be granted.  In light of the fact that Petitioner is presently at liberty, the Court modifies the briefing schedule set out in General Order 26-05 as follows:

1.      Respondents shall file an Answer to the First Amended Petition no later than **14 days** from the date of this Order.  Any arguments that the First Amended Petition should be dismissed shall be made in the Answer and not by separate motion.

2.      Any Reply shall be filed no later than **14 days** after the Answer is filed.

3.      If any of these deadlines fall on a weekend, holiday, or day the Court is closed, the deadline shall be the next business day on which the court is open.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

Case No.   5:26-cv-00526 MWF (DSR)                                    Date: May 19, 2026

Title          BASMAN ABDULAHAD v. MARKWAYNE MULLIN, ET AL.

      4.        If any party seeks to accelerate or extend the briefing schedule, the parties shall promptly meet and confer. After doing so, the parties shall file a stipulation or a joint statement that contains the parties' competing proposals for a briefing schedule.


**IT IS SO ORDERED.**

|  | : |
| --- | --- |
| **Initials of Preparer** | LK |