# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

BASMAN ABDULAHAD,

Petitioner,

v.

MARKWAYNE MULLIN, et al.,

Respondents.

No. 5:26-CV-00526-MWF-DSR

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE**

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition for Writ of Habeas Corpus, the Report and Recommendation of the United States Magistrate Judge, and the Court's file and record in this case. No timely objections have been filed to the Report and Recommendation. Accordingly, the Court accepts and adopts the findings, conclusions, and recommendations of the Magistrate Judge.

IT IS THEREFORE ORDERED that the Amended Petition for Writ of Habeas Corpus (Doc. No. 18) is **GRANTED IN PART**, as follows:

1. The Amended Petition is **GRANTED**, insofar as Respondents are permanently enjoined from re-detaining Petitioner without seven (7) days' notice and the opportunity to be heard at a pre-deprivation hearing before a neutral arbiter where the government bears the burden of proving by clear and convincing evidence the existence of a material change in circumstances justifying the revocation of Petitioner's OSUP and re-detention of Petitioner; and

2. The Amended Petition is **DENIED,** insofar as it seeks a permanent injunction related to potential removal of Petitioner to an as-yet-unidentified third country without adequate due process of law.

Judgment hereon will be entered on a separate form.

IT IS SO ORDERED.

DATED: November 10, 2026

MICHAEL W. FITZGERALD
UNITED STATES DISTRICT JUDGE